**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **TOWN OF VINTON** | **CASE NO.  2:23-CV-00240** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CERTAIN UNDERWRITERS AT LLOYDS LONDON ET AL** | **MAGISTRATE JUDGE LEBLANC** |

**ORDER**

The Fifth Circuit has affirmed the undersigned's ruling denying the Motion to Compel Arbitration and Motion to Stay filed by defendants in this matter.[1] Because of the age of the case, the court will not require the parties to proceed through the Case Management Order. Instead, the matter will be set for bench trial on September 20, 2027. A Scheduling order will be forthcoming setting other deadlines and dates.

**THUS DONE AND SIGNED** in chambers on this 28th day of January, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] Doc. 27.